TIMOTHY J. TOOHEY  (SBN 140117)
TToohey@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN, et al.
Los Angeles, California 90067-4590
Telephone:  310.553.3610
Fax:  310.553.0687
Attorneys for Plaintiff
MICHAEL TERPIN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MICHAEL  TERPIN,

Plaintiff(s),

v.

AT&T INC.; AT&T Mobility, LLC; and DOES 1-25,

Defendant(s).

CASE NUMBER
2:18-cv-06975-ODW-KS

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☒ **ONLY** Defendant(s)  AT&T Inc.

is/are dismissed from (*check one*) ☒ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

August 23, 2018                     /s/ Timothy J. Toohey
*Date*                              *Signature of Attorney/Party*

*NOTE:  F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

CV-09 (03/10)       NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)


American LegalNet, Inc.
www.FormsWorkFlow.com