UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TERPIN,<br><br>    Plaintiff,<br><br>    v.<br><br>AT&T MOBILITY LLC; and DOES 1-25,<br><br>    Defendants. | Case No. 2:18-cv-06975-ODW-KS<br><br>**ORDER RE STIPULATION REGARDING DEFENDANT'S RESPONSIVE PLEADING**<br><br>Action Filed: August 15, 2018 |

## ORDER RE STIPULATION REGARDING DEFENDANT'S RESPONSIVE PLEADING

The Court, having read and considered the Stipulation, filed on July 26, 2019 and entered into between Plaintiff Michael Terpin ("Plaintiff") and Defendant AT&T Mobility, LLC ("Defendant"), to adjourn Defendant's deadline to Answer the operative Complaint in light of Mr. Terpin's intention to file an Amended Complaint, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. In light of Plaintiff's intention to file an Amended Complaint, Defendant need not answer the portions of the currently operative Complaint that survive under this Court's July 19 Order;

2. Plaintiff will file an Amended Complaint pursuant to the Court's July 19, 2019 Order;

3. Defendant will file a responsive pleading directed at the Amended Complaint pursuant to Federal Rules of Civil Procedure 12 and 15, once the Amended Complaint is filed.

**IT IS SO ORDERED.**

DATED: July 29, 2019

_____
The Honorable Otis D. Wright II
UNITED STATES DISTRICT JUDGE