1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TERPIN,<br><br>          Plaintiff,<br><br>     v.<br><br>AT&T MOBILITY LLC; and DOES 1-25,<br><br>          Defendants. | Case No. 2:18-cv-06975-ODW(KS)<br><br>**ORDER RE STIPULATION REGARDING DEFENDANT'S RESPONSIVE PLEADING**<br><br>Action Filed: August 15, 2018 |

# ORDER RE STIPULATION REGARDING DEFENDANT'S RESPONSIVE PLEADING

The Court, having read and considered the Stipulation, filed on February 28, 2020 and entered into between Plaintiff Michael Terpin ("Plaintiff") and Defendant AT&T Mobility, LLC ("Defendant"), to adjourn Defendant's deadline to Answer the operative Amended Complaint in light of Mr. Terpin's intention to file a Second Amended Complaint, and good cause appearing, IT IS HEREBY ORDERED THAT:

1.  In light of Plaintiff's intention to file a Second Amended Complaint, Defendant need not answer the portions of the currently operative Amended Complaint that survive under this Court's February 24, 2020 Order;

2.  Plaintiff will file a Second Amended Complaint pursuant to the Court's February 24, 2020 Order;

3.  Defendant will file a responsive pleading directed at the Second Amended Complaint pursuant to Federal Rules of Civil Procedure 12 and 15, once the Second Amended Complaint is filed.

**IT IS SO ORDERED.**

DATED: March 2, 2020

_____
The Honorable Otis D. Wright II
UNITED STATES DISTRICT JUDGE