# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Terpin, <br> Plaintiff(s) <br> v. <br> AT & T Inc et al., <br> Defendant(s) | CASE NUMBER: <br> 2:18-cv-06975-ODW-KS <br><br> MOTION RE: INFORMAL DISCOVERY DISPUTE |

The parties have requested an informal discovery conference with Magistrate Judge Karen L. Stevenson

Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

The telephonic discovery conference is scheduled for April 22, 2021 at 1:00 p.m. The call-in information has been provided to the participating parties by email.


Dated: April 23, 2021

By: G. Roberson
Deputy Clerk