NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TERPIN,<br><br>    Plaintiff,<br><br>  v.<br><br>AT&T MOBILITY LLC; and DOES 1-25,<br><br>    Defendants. | Case No. 2:18-cv-06975-ODW-KS<br><br>**ORDER EXTENDING SCHEDULING ORDER DEADLINES**<br><br>Action Filed: August 15, 2018 |

## ORDER EXTENDING SCHEDULING ORDER DEADLINES

Upon consideration of the stipulation filed by the parties, it is **ORDERED** that the Scheduling Order entered December 29, 2020 (Dkt. 53) is amended as follows:

- Fact discovery cutoff – **April 4, 2022**
- Expert discovery cutoff – **April 25, 2022**
- Deadline to conduct settlement conference – **May 16, 2022**
- Deadline for hearing motions – **May 23, 2022**
- Deadline to file: proposed pretrial conference order; memoranda and contentions of fact and law; joint witness list; joint exhibit list and exhibit stipulation; proposed verdict form(s); proposed jury instructions/disputed jury instructions; proposed voir dire questions; joint statement of the case; joint status report re: settlement – **July 18, 2022**
- <u>Pretrial conference;</u> deadline to file motions in limine – **July 25, 2022 at 1:30pm**
- <u>Hearing on motions in limine</u> – **August 8, 2022 at 1:30 pm**
- Deadline to file final trial exhibit stipulation – **August 18, 2022**
- <u>Trial</u> – **August 23, 2022 at 9:00 am**

IT IS SO ORDERED.

DATED: November 4, 2021

_____
The Honorable Otis D. Wright II
UNITED STATES DISTRICT JUDGE