# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Michael Terpin, | | CASE NUMBER: |
|---|---|---|
| | Plaintiff(s) | 2:18-cv-06975-ODW-KS |
| v. | | |
| A T and T Inc et al, | | **MOTION RE: INFORMAL DISCOVERY DISPUTE** |
| | Defendant(s) | |

The parties have requested an informal discovery conference with Magistrate Judge Karen L. Stevenson

Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

The telephonic discovery conference is scheduled for February 4, 2022 at 1:00 p.m. The call-in information has been provided to the participating parties by email.

Dated: February 2, 2022              By: Gay Roberson
                                              Deputy Clerk