UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV 18-6975-ODW (KSx)                                    Date: February 4, 2022

Title   _Michael Terpin v. AT&T Inc., et al._

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | XTR- 02/04/2022 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Timothy J. Toohey | Ashley E. Johnson |

**Proceedings:**  MINUTES OF TELEPHONIC CONFERENCE RE: DISCOVERY DISPUTES

Case called. Counsel state their appearances. The Court notified the parties of a potential conflict. After determining whether recusal is required, the Court will resume the discovery call on Monday, February 7, 2022, at 3:00 p.m.

**IT IS SO ORDERED.**

:15 mins

**Initials of Preparer**   gr