UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV 18-6975-ODW (KSx)                                         Date: February 7, 2022

Title   *Michael Terpin v. AT&T Inc., et al.*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | XTR- 02/07/2022 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Timothy J. Toohey                                   Ashley E. Johnson

**Proceedings:  MINUTES OF TELEPHONIC CONFERENCE RE: DISCOVERY DISPUTES**

Case called.  Counsel state their appearances. The Court held a telephonic conference with counsel for Plaintiff and Defendant regarding two discovery disputes relating to: (1) whether the time period for Defendant's production of documents should commence January 1, 2015 or January 1, 2016; and (2) whether the parties should be required to exchange the search terms used to search for and produce electronically stored documents.

After further discussion, the Court concludes that briefing would be useful to resolve these issues.  Accordingly, the Plaintiffs are authorized to file motion to compel in the joint stipulation format under Local Rule 37-2 and select a regular motion hearing date from the Court's calendar.

**IT IS SO ORDERED.**

                                                                                                              : 16 mins
                                                                           **Initials of Preparer**     gr