PIERCE O'DONNELL (SBN 081298)
PODonnell@ggfirm.com
TIMOTHY J. TOOHEY (SBN 140117)
TToohey@ggfirm.com
PAUL A. BLECHNER (SBN 159514)
PBlechner@ggfirm.com
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Plaintiff
MICHAEL TERPIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL TERPIN,<br><br>          Plaintiff,<br><br>v.<br><br>AT&T MOBILITY, LLC; and DOES 1-25,<br><br>          Defendants. | Case No. 2:18-cv-06975-ODW-KS<br><br>*[Assigned to The Hon. Otis D. Wright II]*<br><br>**EXHIBIT "O" to Joint Stipulation Regarding Plaintiff's Motion for Order Regarding AT&T's Privilege Log To Be Filed Under Seal Pursuant to Application File 8/24/2022**<br><br>Hearing Date: September 21, 2022<br>Hearing Time: 10:00 a.m.<br>Discovery Cutoff: January 30, 2023<br>Pretrial Conference: April 10, 2023<br>Trial: May 2, 2023<br>Judge: Hon. Karen L. Stevenson |

EXHIBIT "O" TO BE FILED UNDER SEAL

# EXHIBIT O

# [REDACTED IN ITS ENTIRETY]