MARCELLUS MCRAE, SBN 140308
 mmcrae@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:   213.229.7000
Facsimile:     213.229.7520

ASHLEY E. JOHNSON, admitted *pro hac vice*
 ajohnson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2949

Attorneys for Defendant AT&T MOBILITY LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL TERPIN,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>AT&T MOBILITY LLC; and DOES 1-25,<br><br>　　　　　Defendants. | CASE NO. 2:18-CV-06975-ODW-KS<br><br>[Assigned to the Hon. Otis D. Wright II]<br><br>**DECLARATION OF ASHLEY E. JOHNSON IN SUPPORT OF JOINT DISCOVERY STIPULATION**<br><br>[Joint Stipulation Filed Concurrently Herewith]<br><br>Hearing Date:  September 21, 2022<br>Time:  10:00 a.m.<br>Discovery Cutoff:  January 30, 2023<br>Pretrial Conference:  April 10, 2023<br>Trial:  May 2, 2023<br>Judge:  Hon. Karen L. Stevenson |

# DECLARATION OF ASHLEY E. JOHNSON

I, Ashley E. Johnson, declare as follows

1. I am an attorney duly licensed and admitted to practice before all courts in the State of Texas and am an attorney in the law firm of Gibson Dunn & Crutcher LLP, attorneys of record for Defendant AT&T Mobility LLC. I am also admitted *pro hac vice* in the above-captioned case. The facts set forth herein are of my own personal knowledge. If called as a witness, I could and would testify to these facts under oath.

2. I make this declaration in support of Defendant's portion of the Joint Discovery Stipulation filed concurrently herewith pursuant to the Local Rule 37-2 of the Court.

3. Attached hereto as Exhibit 1 is an email exchange between Timothy Toohey, counsel for Michael Terpin, and me on May 9-10, 2022.

4. Attached hereto as Exhibit 2 is a privilege log provided by Mr. Terpin, which was attached to Exhibit 1.

5. Attached hereto as Exhibit 3 is an email exchange dated March 27, 2018, between Mr. Toohey and in-house litigation counsel for AT&T Mobility LLC, Niki Okcu.

6. Attached hereto as Exhibit 4 is an email exchange dated August 15, 2018, between Mr. Toohey and in-house litigation counsel for AT&T Mobility LLC, Niki Okcu.

7. Attached hereto as Exhibit 5 is an email exchange dated August 21, 2018, between Mr. Toohey and in-house litigation counsel for AT&T Mobility LLC, Niki Okcu. I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 24 day of August 2022 at Dallas, Texas.

GIBSON, DUNN & CRUTCHER LLP

By: *Ashley Johnson*

Ashley E. Johnson

Attorneys for Defendant AT&T MOBILITY LLC