# EXHIBIT 1

## Johnson, Ashley E.

| | |
|---|---|
| **From:** | Toohey, Timothy <ttoohey@greenbergglusker.com> |
| **Sent:** | Tuesday, May 10, 2022 10:45 AM |
| **To:** | Johnson, Ashley E.; McRae, Marcellus; Ochsenbein, Jeremy S. |
| **Cc:** | Blechner, Paul; Monroe, Alayna |
| **Subject:** | RE: Privilege log |
| **Attachments:** | Terpin Privilege Log(4370347.1).xlsx |

**[WARNING: External Email]**

Please find attached Mr. Terpin's privilege log.  This does not include communications between Mr. Terpin and his outside counsel relating to matters involving the unauthorized SIM swap.

**Timothy Toohey**
Attorney At Law

Biography | vCard
310.201.7450 Direct
ttoohey@greenbergglusker.com

**Greenberg Glusker LLP**
2049 Century Park East, Suite 2600
Los Angeles, CA  90067
GreenbergGlusker.com

This message is intended solely for the use of the addressee(s) and is intended to be privileged and confidential within the attorney client privilege. If you have received this message in error, please immediately notify the sender at Greenberg Glusker and delete all copies of this email message along with all attachments. Thank you.

---

**From:** Johnson, Ashley E. <AJohnson@gibsondunn.com>
**Sent:** Monday, May 9, 2022 8:52 PM
**To:** Toohey, Timothy <ttoohey@greenbergglusker.com>; McRae, Marcellus <MMcRae@gibsondunn.com>; Ochsenbein, Jeremy S. <JOchsenbein@gibsondunn.com>
**Cc:** Blechner, Paul <pblechner@greenbergglusker.com>; Monroe, Alayna <AMonroe@gibsondunn.com>
**Subject:** RE: Privilege log

Hi Tim,

Attached is our privilege log.  This covers January 1, 2016 through the date when Mr. Terpin sent his demand letter to AT&T.

Best,
Ashley


**Ashley Johnson**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue Suite 2100, Dallas, TX 75201

1

Tel +1 214.698.3111 • Fax +1 214.571.2949
AJohnson@gibsondunn.com • www.gibsondunn.com

---

**From:** Toohey, Timothy <ttoohey@greenbergglusker.com>
**Sent:** Monday, May 9, 2022 3:24 PM
**To:** Johnson, Ashley E. <AJohnson@gibsondunn.com>; McRae, Marcellus <MMcRae@gibsondunn.com>; Ochsenbein, Jeremy S. <JOchsenbein@gibsondunn.com>
**Cc:** Blechner, Paul <pblechner@greenbergglusker.com>
**Subject:** Privilege log

**[WARNING: External Email]**

Ashley—our privilege log is ready.  Let me know when you want to exchange.  Thanks, Tim


**Timothy Toohey**
Attorney At Law

Biography | vCard
310.201.7450 Direct
ttoohey@greenbergglusker.com

**Greenberg Glusker LLP**
2049 Century Park East, Suite 2600
Los Angeles, CA  90067
**GreenbergGlusker.com**

This message is intended solely for the use of the addressee(s) and is intended to be privileged and confidential within the attorney client privilege. If you have received this message in error, please immediately notify the sender at Greenberg Glusker and delete all copies of this email message along with all attachments. Thank you.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

# EXHIBIT 2

**Privilege Log on Behalf of Plaintiff Michael Terpin**

| PRIV NO. | DATE | DOC TYPE | AUTHOR | RECIPIENTS | CC | SUBJECT MATTER | PRIVILEGE TYPE |
|---|---|---|---|---|---|---|---|
| PRIV001 | 3/12/2018 | Email with attachment from outside litigation counsel | Michael Terpin | Maxine Terpin | | Terpin v. ATT | Confidential Spousal Communication; Attorney-Client; Attorney Work Product |
| PRIV002 | 4/9/2018 | Email with attached communication from outside litigation counsel | Michael Terpin | Maxine Terpin | | Terpin v. ATT | Confidential Spousal Communication; Attorney-Client; Attorney Work Product |
| PRIV003 | 4/10/2018 | Email with attached communication from outside litigation counsel | Bed and Office Las Vegas (Maxine Terpin) | Michael Terpin | | Terpin v. ATT | Confidential Spousal Communication; Attorney-Client; Attorney Work Product |
| PRIV004 | 4/10/2018 | Email with attached communication from outside litigation counsel | Michael Terpin | Bed and Office Las Vegas (Maxine Terpin) | | Terpin v. ATT | Confidential Spousal Communication; Attorney-Client; Attorney Work Product |
| PRIV005 | 4/17/2018 | Email with attached communication from outside litigation counsel | Michael Terpin | Maxine Terpin | | Terpin v. ATT | Confidential Spousal Communication; Attorney-Client; Attorney Work Product |
| PRIV006 | 10/22/2018 | Email with attached communication from outside litigation counsel | Michael Terpin | Maxine Terpin | | Terpin v. ATT | Confidential Spousal Communication; Attorney-Client; Attorney Work Product |
| PRIV007 | 12/24/2018 | Email | Michael Terpin | Maxine Terpin | | Terpin v. Truglia | Confidential Spousal Communication |
| PRIV008 | 12/24/2018 | Email | Bed and Office Las Vegas (Maxine Terpin) | Michael Terpin | | Terpin v. Truglia | Confidential Spousal Communication |
| PRIV009 | 1/9/2019 | Email with attached communication from outside litigation counsel | Michael Terpin | Maxine Terpin | | Terpin adv. Pinsky | Confidential Spousal Communication; Attorney-Client; Attorney Work Product |
| PRIV010 | 1/12/2019 | Email | Michael Terpin | Maxine Terpin | | Terpin v. Truglia; Terpin adv. Pinsky | Confidential Spousal Communication; Attorney-Client; Attorney Work Product |
| PRIV011 | 1/16/2019 | Email | Bed and Office Las Vegas (Maxine Terpin) | Michael Terpin | | Terpin v. Truglia; Terpin adv. Pinsky | Confidential Spousal Communication |

**Privilege Log on Behalf of Plaintiff Michael Terpin**

| PRIV NO. | DATE | DOC TYPE | AUTHOR | RECIPIENTS | CC | SUBJECT MATTER | PRIVILEGE TYPE |
|---|---|---|---|---|---|---|---|
| PRIV012 | 1/16/2019 | Email | Michael Terpin | Bed and Office Las Vegas (Maxine Terpin) | | Terpin v. Truglia | Confidential Spousal Communication |
| PRIV013 | 1/17/2019 | Email | Michael Terpin | Michael Shuler (Transform Group) | | Terpin v. Truglia | Attorney-Client; Attorney Work Product |
| PRIV014 | 1/17/2019 | Email with attached communication from outside litigation counsel | Michael Shuler (Transform Group) | Michael Terpin | | Terpin v. Truglia | Attorney-Client; Attorney Work Product |
| PRIV015 | 1/17/2019 | Email with attached communication from outside litigation counsel | Michael Shuler (Transform Group) | Michael Terpin | | Terpin v. Truglia | Attorney-Client; Attorney Work Product |
| PRIV016 | 2/7/2019 | Email | Michael Terpin | Neil McCarthy | Maxine Terpin | Terpin adv. Pinsky | Confidential Spousal Communication; Attorney-Client; Attorney Work Product |
| PRIV017 | 4/3/2019 | Email with attached communication from outside litigation counsel | Michael Terpin | Maxine Terpin | | Terpin adv. Pinsky | Confidential Spousal Communication; Attorney-Client; Attorney Work Product |
| PRIV018 | 4/3/2019 | Email with attached communication from outside litigation counsel | Michael Terpin | Maxine Terpin | | Terpin adv. Pinsky; Terpin v. Truglia | Confidential Spousal Communication; Attorney-Client; Attorney Work Product |
| PRIV019 | 8/2/2019 | Email with attached communication from outside litigation counsel | Michael Terpin | Maxine Terpin | | Terpin adv. Pinsky; Terpin v. Truglia | Confidential Spousal Communication; Attorney-Client; Attorney Work Product |
| PRIV020 | 8/7/2019 | Email with attached communication from outside litigation counsel | Bed and Office Las Vegas (Maxine Terpin) | Michael Terpin | | Terpin adv. Pinsky | Confidential Spousal Communication; Attorney-Client; Attorney Work Product |
| PRIV021 | 8/7/2019 | Email with attached communication from outside litigation counsel | Michael Terpin | Bed and Office Las Vegas (Maxine Terpin) | | Terpin adv. Pinsky | Confidential Spousal Communication; Attorney-Client; Attorney Work Product |
| PRIV022 | 8/23/2019 | Email with attached communication from outside litigation counsel | Michael Terpin | Maxine Terpin | | Terpin v. ATT | Confidential Spousal Communication; Attorney-Client; Attorney Work Product |
| PRIV023 | 10/20/2019 | Email | Michael Terpin | Maxine Terpin | | Fwd: open letter to FCC - draft | Confidential Spousal Communication |

| PRIV NO. | DATE | DOC TYPE | AUTHOR | RECIPIENTS | CC | SUBJECT MATTER | PRIVILEGE TYPE |
|---|---|---|---|---|---|---|---|
| PRIV024 | 10/20/2019 | Email | Bed and Office Las Vegas (Maxine Terpin) | Michael Terpin | | Re: open letter to FCC - draft | Confidential Spousal Communication |
| PRIV025 | 3/2/2020 | Email | Michael Terpin | Maxine Terpin | | Terpin adv. Pinsky | Confidential Spousal Communication; Attorney-Client; Attorney Work Product |
| PRIV026 | 3/5/2020 | Email | Michael Terpin | Maxine Terpin | | Terpin adv. Pinsky | Confidential Spousal Communication; Attorney-Client; Attorney Work Product |
| PRIV027 | 3/10/2020 | Email | Google Calendar Notification | Michael Terpin | David Lathrop (Transform Group); outside litigation counsel | Terpin adv. Pinsky | Confidential Spousal Communication; Attorney-Client; Attorney Work Product |
| PRIV028 | 3/14/2020 | Email with attached communication from outside litigation counsel | Michael Terpin | Maxine Terpin | | Terpin v. ATT | Confidential Spousal Communication; Attorney-Client; Attorney Work Product |
| PRIV029 | 4/10/2020 | Email with attached communication from outside litigation counsel | Michael Terpin | Maxine Terpin | | Terpin v. ATT | Confidential Spousal Communication; Attorney-Client; Attorney Work Product |
| PRIV030 | 9/8/2020 | Email with attached communication from outside litigation counsel | Michael Terpin | Ian Chaffee (Transform Group) | attlawsuit@transformgroup.com | Terpin v. ATT | Attorney-Client; Attorney Work Product |

# EXHIBIT 3

# Johnson, Ashley E.

| | |
|---|---|
| **From:** | Toohey, Timothy <ttoohey@greenbergglusker.com> |
| **Sent:** | Tuesday, March 27, 2018 3:08 PM |
| **To:** | OKCU, NIKI (Legal); O'Donnell, Pierce |
| **Subject:** | RE: Terpin v. AT&T |

Ms. Okcu:

Thank you for your e-mail and speaking with Mr. O'Donnell and myself.

This is to confirm that the March 30, 2018 deadline in Mr. O'Donnell's March 19, 2018 letter to Mr. McAtee is extended for two weeks to April 13, 2018.

Tim Toohey

---

**From:** OKCU, NIKI (Legal) [mailto:no4774@att.com]
**Sent:** Tuesday, March 27, 2018 1:02 PM
**To:** O'Donnell, Pierce <podonnell@greenbergglusker.com>; Toohey, Timothy <ttoohey@greenbergglusker.com>
**Subject:** Terpin v. AT&T

Mr. O'Donnell/Mr. Toohey –

It was nice speaking with you.  I wanted to send this email so you have my contact information.  I will look for a confirming email from you on the extension.

Thank you.

**Niki Okcu | AVP – Senior Legal Counsel| AT&T**
430 Bush Street, 3rd Floor | San Francisco, CA 94108 | 415.276.5656

This e-mail message and any files transmitted with it are the property of AT&T and its affiliates, are confidential, and are intended solely for the named recipient(s) above.  DO NOT FORWARD this message without my approval.  It may contain information that is privileged, attorney work product or exempt from disclosure under applicable law.  If you receive this e-mail message in error, please notify me and delete the message and any attachments from your computer.  Thank you.

#

#


**Timothy Toohey | Attorney At Law**
D: 310.201.7450 **|** F: 310.201.2304   **|**   ttoohey@greenbergglusker.com
**Greenberg Glusker Fields Claman & Machtinger LLP**
1900 Avenue of the Stars, 21st Floor, Los Angeles, CA 90067
O: 310.553.3610 **|** GreenbergGlusker.com **|**

This message is intended solely for the use of the addressee(s) and is intended to be privileged and confidential within the attorney client privilege. If you have received this message in error, please immediately notify the sender at Greenberg Glusker and delete all copies of this email message along with all attachments. Thank you.

# EXHIBIT 4

| | |
|---|---|
| **From:** | Toohey, Timothy |
| **To:** | OKCU, NIKI (Legal) |
| **Subject:** | RE: Terpin v. AT&T -- Complaint |
| **Date:** | Wednesday, August 15, 2018 5:34:07 PM |

Niki—I would be happy to discuss this.  We would request that AT&T execute a waiver of the service of summons to avoid the expense of a process server.  Tim Toohey

**From:** OKCU, NIKI (Legal) <no4774@att.com>
**Sent:** Wednesday, August 15, 2018 11:10 AM
**To:** Toohey, Timothy <ttoohey@greenbergglusker.com>
**Subject:** Terpin v. AT&T -- Complaint

Hi Tim –

Do you have a few minutes today or tomorrow to discuss the service of the complaint? Thanks.

Niki Okcu | AVP – Senior Legal Counsel| AT&T
430 Bush Street, 3rd Floor | San Francisco, CA 94108 | 415.276.5656
This e-mail message and any files transmitted with it are the property of AT&T and its affiliates, are confidential, and are intended solely for the named recipient(s) above.  DO NOT FORWARD this message without my approval.  It may contain information that is privileged, attorney work product or exempt from disclosure under applicable law.  If you receive this e-mail message in error, please notify me and delete the message and any attachments from your computer.  Thank you.

**Timothy Toohey | Attorney At Law**
D: 310.201.7450 **|** F: 310.201.2304  **|**  ttoohey@greenbergglusker.com
**Greenberg Glusker Fields Claman & Machtinger LLP**
1900 Avenue of the Stars, 21st Floor, Los Angeles, CA 90067
O: 310.553.3610 **|** GreenbergGlusker.com **|**

This message is intended solely for the use of the addressee(s) and is intended to be privileged and confidential within the attorney client privilege. If you have received this message in error, please immediately notify the sender at Greenberg Glusker and delete all copies of this email message along with all attachments. Thank you.

13

# EXHIBIT 5

## Johnson, Ashley E.

| | |
|---|---|
| **From:** | Toohey, Timothy <ttoohey@greenbergglusker.com> |
| **Sent:** | Tuesday, August 21, 2018 6:38 PM |
| **To:** | OKCU, NIKI (Legal) |
| **Subject:** | AT&T Inc. |

Niki—thanks for the pleadings.  We agree to dismiss AT&T Inc. without prejudice.  I will also prepare a form for your signature for waiver of summons and acceptance of the complaint.  I suggest we file these at the same time.

Tim

**Timothy Toohey | Attorney At Law**
D: 310.201.7450 **|** F: 310.201.2304  **|**  ttoohey@greenbergglusker.com
**Greenberg Glusker Fields Claman & Machtinger LLP**
1900 Avenue of the Stars, 21st Floor, Los Angeles, CA 90067
O: 310.553.3610 **|** GreenbergGlusker.com **|**

This message is intended solely for the use of the addressee(s) and is intended to be privileged and confidential within the attorney client privilege. If you have received this message in error, please immediately notify the sender at Greenberg Glusker and delete all copies of this email message along with all attachments. Thank you.