PIERCE O'DONNELL (SBN 081298)
PODonnell@GreenbergGlusker.com
TIMOTHY J. TOOHEY (SBN 140117)
TToohey@GreenbergGlusker.com
PAUL BLECHNER (SBN159514)
PBlechner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Plaintiff
MICHAEL TERPIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL TERPIN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AT&T Mobility, LLC; and DOES 1-25,<br><br>　　　　　Defendants. | Case No. 2:18-cv-06975-ODW-KS<br><br>[*Assigned to The Hon. Otis D. Wright II*]<br><br>**DISCOVERY MATTER**<br><br>**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION OF PLAINTIFF MICHAEL TERPIN RE ORDER RESOLVING DISCOVERY ISSUES IN DISPUTE**<br><br>[Central District Local Rule 37-2.3]<br><br>Hearing Date: September 21, 2022<br>Hearing Time: 10:00 a.m.<br>Discovery Cutoff: January 30, 2023<br>Pretrial Conference: April 10, 2023<br>Trial: May 2, 2023<br>Judge: Hon. Karen L. Stevenson |

SUPPLEMENTAL MEMORANDUM

83764-00002/4497705.1

Plaintiff Michael Terpin ("Plaintiff") hereby files his Supplemental Memorandum in support of his opposition to AT&T's motion to compel further responses to Interrogatory No. 30 pursuant to Local Rule 37-2.3.

In addition to the arguments previously submitted, Defendant AT&T recently took the deposition of Plaintiff Michael Terpin on September 1, 2022. AT&T questioned Mr. Terpin for a full seven hours, including numerous and repetitive questions relating to the subject matter of AT&T's Interrogatory No. 30, which states: "For each CRYPTOCURRENCY WALLET that YOU possessed from June 2017 to January 7, 2018, IDENTIFY ALL information RELATING TO SECURITY MEASURES YOU implemented for that wallet, including, among other things, the initial set-up of the wallet, the manner in which wallet access credential were secured (e.g., via two-factor authentication or a password-protected file), the location of any such wallet access credentials, and any recovery email associated with the location in which the wallet access credentials were stored."

To the extent that AT&T had follow up questions about Mr. Terpin's detailed response to Interrogatory No. 30, it had every opportunity to ask such questions if additional inquiry was needed and important, and either asked its questions or elected not to do so. Indeed, without running a clock on the various portions of the deposition, it is conservatively estimated that at least several hours of the deposition related to Plaintiff's cryptocurrency wallets, credentials for such wallets, location of wallet credentials and related questions.

Because AT&T has had a full opportunity to question Mr. Terpin at his September 1, 2022 deposition regarding the subject matter of Interrogatory No. 30, AT&T's motion for further responses to Interrogatory No. 30 is moot and providing additional responses to Interrogatory No. 30 would constitute a waste of time and resources given the extensive testimony on this matter at Mr. Terpin's deposition.

Plaintiff therefore respectfully requests that based on its portion of the Joint Stipulation and the fact that AT&T has fully questioned Mr. Terpin extensively

under oath on the subject matter of Interrogatory No. 30 that the Court deny AT&T's motion for further responses to Interrogatory No. 30.

DATED: September 7, 2022     GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP

By: */s/Timothy J. Toohey*
PIERCE O'DONNELL (SBN 081298)
TIMOTHY J. TOOHEY (SBN 140117)
PAUL BLECHNER (SBN 159514)
Attorneys for Plaintiff MICHAEL TERPIN