UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  CV 18-6975-ODW (KSx)  Date: September 21, 2022

Title  *Michael Terpin v. AT&T Inc., et al.*

Present: The Honorable:  Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | Zoom VTC-Courtsmart- 09/21/2022 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Timothy J. Toohey  Ashley E. Johnson
Jeremy Scott Ochsenbein

**Proceedings:  MINUTES OF MOTION HEARINGS HELD VIA ZOOM VIDEOTELEPHONIC RE:  (1) PLAINTIFF'S MOTION TO COMPEL DEFENDANT TO PRODUCE PRIVILEGE LOG;  AND (2) DEFENDANT'S MOTION TO COMPEL PLAINTIFF TO PROVIDE ADEQUATE WRITTEN RESPONSES TO AT&T'S INTERROGATORY NO. 30  (Dkt. Nos. 90 & 91)**

Case called.  Counsel made their appearances.  The Court hears oral argument on Plaintiff's Motion for Order Compelling AT&T to Produce a Privilege Log (dkt. no. 90) and Defendant's Motion Re: Dispute As To AT&T's Interrogatory No. 30 (dkt. no. 91).

After hearing the arguments of counsel, the Court takes the motions under submission. Orders will issue.

**IT IS SO ORDERED.**

: 54 mins
**Initials of Preparer**  gr