UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| No. | 2:18-cv-06975-ODW (KSx) | Date | February 23, 2023 |
|---|---|---|---|
| Title | *Michael Terpin v. AT&T Mobility LLC et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):**

The Court hereby **CONTINUES** the hearing on Defendant's Motion for Summary Judgment, (ECF Nos. 167 and 168), from February 27, 2023, **to March 27, 2023, at 1:30 p.m.**

**IT IS SO ORDERED.**

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |