O

# United States District Court
# Central District of California

| | |
|---|---|
| MICHAEL TERPIN,<br><br>        Plaintiff,<br><br>    v.<br><br>AT&T MOBILITY, LLC, *et al.*,<br><br>        Defendants. | Case No. 2:18-cv-06975-ODW (KSx)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S APPLICATION TO SEAL [191] AND DENYING AS MOOT PLAINTIFF'S APPLICATION TO SEAL [185]** |

    The Court has carefully reviewed the documents and portions of documents Plaintiff proposes to file under seal as well as Plaintiff's and Defendant's supporting Declarations. The Court has received no declarations from third parties in support of sealing. The Court **GRANTS IN PART** Plaintiff's Application to File Documents Under Seal, only to the extent expressly granted in the right column of the table attached to this order in Attachment A. The materials and portions of materials listed in the right column of that table may be redacted and filed under seal. The Application is otherwise **DENIED**. (ECF No. 191.) Plaintiff's initially filed application to seal is **DENIED AS MOOT**. (ECF No. 185.)

    With respect to the Court's denial of Plaintiff's Application as to Exhibit 41, which Plaintiff designates as confidential, Plaintiff fails to establish that the entire document must be filed under seal and fails to propose redactions for the Court's

review. With respect to the Court's denial of Plaintiff's Application as to Exhibit 42, which Defendant designates as confidential, Defendant fails to establish that the entire document must be filed under seal and fails to propose redactions for the Court's review. Because substantial portions of these exhibits are not subject to sealing, and the parties fail to propose appropriate redactions, the request to file Exhibits 41 and 42 is denied.

Pursuant to Local Rule 79-5.2.2(b)(ii), to the extent the Court herein denies Plaintiff's Application to Seal, Plaintiff "may file the document in the public case (i.e., unsealed) no earlier than 4 days, and no later than 10 days, after the Application is denied." Pursuant to Local Rule 79-5.2.2(c), to the extent the Court herein grants Plaintiff's Application to Seal, Plaintiff **MUST** now file the approved "document with whatever motion or other document the under-seal filing is intended to support." "The Clerk will not convert the PROPOSED sealed document submitted with the Application into a new filing." *Id.*

*See* Attachment A to Order Re Plaintiff's Application.

**IT IS SO ORDERED.**

February 24, 2023

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**



Pursuant to Rule 79-5 of the Local Rules of this Court, and after considering the Application to File Documents Under Seal of Plaintiff Michael Terpin and other submissions by the parties, and for good cause shown, IT IS HEREBY ORDERED THAT the following documents shall be filed under seal as follows:

| Document | Sealed Portion[1] | Order |
|---|---|---|
| Plaintiff Michael Terpin's Opposition to the Motion for Summary Judgment and Memorandum of Points and Authorities in Support Thereof. | ~~Page 1, line 8; page 2, lines 1-2; page 3, line 19-20, 28; page 4, lines 1-14, 25-28; page 5, lines 1-16, n. 2; page 6, lines 7-9, 20-21, 26-28; page 7, line 1-20; page 8 lines 1-4, 5-9, 11-21; page 9 lines 1-20; page 13, lines 11-12; page 15, lines 26-27; page 16, lines 16-19, 20-21, 22-24; page 16 lines 16-19, 20-21, 22-24; page 19, lines 1-3; page 20, lines 7-8; page 21, lines 18-23; page 22, lines 6-7, 10-14, and n. 5 lines 22-24.~~ | **GRANTED IN PART**, only to the extent the Memorandum references those portions of the below listed exhibits the Court herein approves for filing under seal. |
| Plaintiff Michael Terpin's Statement of Genuine Disputes of Disputes of Material Facts (and | ~~Part I: Plaintiff's Supporting Evidence disputing Defendant's~~ | **GRANTED IN PART**, only to the extent the Memorandum |

---

[1] Portions of lines to be redacted are marked in the proposed redacted documents filed with the Declaration in support of the under seal filing.

| | | |
|---|---|---|
| Conclusions of Law) in Opposition to AT&T's Motion for Summary Judgment. | ~~facts: UF 22, lines 3-8; UF 25; UF 26 lines 13-21; UF 28; UF 34. Part II: Additional Plaintiff's Facts ("PF"): PF 27-41; PF 46-49; PF 61-72; PF 78-79; PF 82-120; PF 125-126; PF 129-141; PF 144-145; PF 148-172.~~ | references those portions of the below listed exhibits the Court herein approves for filing under seal. |
| Exhibit 1 to Declaration of Timothy J. Toohey ("Toohey Decl." [Deposition Transcript of Peter Coulter] | 19:21-20: 25; 50:11-25; 132:22-133:16 | **DENIED** |
| Exhibit 2 to Toohey Decl. [Deposition Transcript of Ray Hill] | ~~11:23-12:2; 43:25-44:8; 135:5-15; 166:4-15; 167:19-21; 169:23-170:21; 187:1-13; 211: 23-213:11; 214:8-24~~ | **GRANTED IN PART**, as to Pages 0022-23, 0025-27, and 0031 |
| Exhibit 4 to Toohey Decl. [Deposition Transcript of Prime Communications, LP (Amy Milberger)] | 19:17-22; 22:12-19; 140:18-141:23; 143:2-5; 147:3-9; 161:19-162:3; 177:2-17 | **DENIED** |
| Exhibit 5 to Toohey Decl. [Deposition Transcript of Joseph Morella] | ~~16:7-16; 29:25-30:7; 47:12-15; 49:4-13; 57:18-58:9; 82:12-16; 94:12-25; 95:16-20; 98:16-99:2;~~ | **GRANTED IN PART**, as to Pages 0068-81, 0084-92 |

| | | |
|---|---|---|
| | ~~100:16-101:1; 102:12-103:4; 108:8-110:13; 127:19-25; 176:17-177:8; 179:16-25; 270:21-24; 271:16-23~~ | |
| Exhibit 6 to Toohey Decl. [Deposition Transcript of Ellis Pinsky] | 18:8-15; 18:24-19:14; 20:1-7; 20:10-15; 21:6-18; 21:21; 22:25-24:15; 24:25-25:10; 25:20-26:3; 26:13-25; 27:13-22; 29:5-30:1; 63:12-24; 66:23-67:3; 75:12-24; 78:16-22; 80:16-23; 120:1-121:10; 122:2-8; 122:21-123:1; 131:10-14; 132:13-17; 133:5-13; 138:9-17; 139:1-6; 147:1-9 | **DENIED** |
| Exhibit 9 to Toohey Decl. | All | Granted |
| Exhibit 13 to Toohey Decl. | All | Granted |
| Exhibit 15 to Toohey Decl. | All | Granted |
| Exhibit 16 to Toohey Decl. | All | Granted |
| Exhibit 17 to Toohey Decl. | All | Granted |

| | | |
|---|---|---|
| Exhibit 19 to Toohey Decl. | All | Granted |
| Exhibit 20 to Toohey Decl. | All | Granted |
| Exhibit 21 to Toohey Decl. | All | Granted |
| Exhibit 22 to Toohey Decl. | All | Granted |
| Exhibit 23 to Toohey Decl. | All | **DENIED** |
| Exhibit 24 to Toohey Decl. | All | **DENIED** - email and phone number may be redacted |
| Exhibit 25 to Toohey Decl. | All | **DENIED** - email and phone number may be redacted |
| Exhibit 26 to Toohey Decl. | All | Granted |
| Exhibit 27 to Toohey Decl. | All | **DENIED** |
| Exhibit 28 to Toohey Decl. | All | Granted |
| Exhibit 29 to Toohey Decl. | All | Granted |
| Exhibit 30 to Toohey Decl. | All | Granted |
| Exhibit 31 to Toohey Decl. | All | Granted |
| Exhibit 32 to Toohey Decl. | All | Granted |

[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE UNDER SEAL [L.R. 79-5.2.2(B)]

|  |  |  |
|---|---|---|
| Exhibit 33 to Toohey Decl. | All | Granted |
| Exhibit 34 to Toohey Decl. | All | Granted |
| Exhibit 35 to Toohey Decl. | All | Granted |
| Exhibit 37 to Toohey Decl. | All | **DENIED** |
| Exhibit 38 to Toohey Decl. | All | **DENIED** |
| Exhibit 40 to Toohey Decl. | All | **DENIED** |
| Exhibit 41 to Toohey Decl. | All | **DENIED** |
| Exhibit 42 to Toohey Decl. | All | **DENIED** |