1  PIERCE O'DONNELL (SBN 081298)
   PODonnell@ggfirm.com
2  TIMOTHY J. TOOHEY (SBN 140117)
   TToohey@ggfirm.com
3  PAUL A. BLECHNER (SBN 159514)
   PBlechner@ggfirm.com
4  GREENBERG GLUSKER FIELDS
   CLAMAN & MACHTINGER LLP
5  2049 Century Park East, Suite 2600
   Los Angeles, California  90067
6  Telephone:  310.553.3610
   Fax:  310.553.0687
7
   Attorneys for Plaintiff
8  MICHAEL TERPIN

9

10                UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12                    WESTERN DIVISION

13

14  MICHAEL TERPIN,                    Case No.  2:18-cv-06975-ODW-KS

15            Plaintiff,               [*Assigned to The Hon. Otis D. Wright II*]

16  v.                                 **REVISED DECLARATION OF
                                       TIMOTHY J. TOOHEY IN
17  AT&T MOBILITY, LLC; and            SUPPORT OF PLAINTIFF'S
    DOES 1-25,                         OPPOSITION TO AT&T'S MOTION
18                                     FOR SUMMARY JUDGMENT** [Local
          Defendants.                  Rule 79-5.2.2(b)]
19
20                                     ***CERTAIN EXHIBITS HEREWITH
                                       FILED UNDER SEAL PURSUANT
21                                     TO COURT'S FEBRUARY 23, 2023
                                       ORDER [DKT 215]***
22
23
                                       Hearing Date:  March 27, 2023
24                                     Hearing Time:  1:30 p.m.
                                       Pretrial Conference:  April 10, 2023
25                                     Trial:  May 2, 2023

26

27

28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067

**DECLARATION OF TIMOTHY J. TOOHEY**

I, Timothy J. Toohey, declare as follows

1.      I am an attorney duly licensed to practice in all state and federal courts of the State of California and am a partner of Greenberg Glusker Fields Claman & Machtinger LLP, attorneys of record for Plaintiff Michael Terpin. The facts set forth herein are of my own personal knowledge.  If called as a witness, I could and would testify to these facts under oath.

2.      I make this revised declaration in support of the Opposition of Michael Terpin to the Motion for Summary Judgment of Defendant AT&T Mobility, LLC ("AT&T").  In this declaration I reference deposition excerpts and documents that are attached hereto in support of Plaintiff's Opposition to AT&T's motion.  This declaration has been revised to reflect the Court's ruling on the applications to seal portions of these documents and testimony on February 24, 2023.  [Dkt. 215]

3.      Attached hereto as Exhibit 1 are true and correct copies of excerpts from the deposition of Peter Coulter, who testified on behalf of AT&T on January 11, 2023.

4.      Attached hereto as Exhibit 2 are true and correct copies of excerpts from the AT&T Mobility Deposition (30(b)(6)) on select issues with Designee Ray Hill  who testified on December 8, 2022. The Court has ruled that the excerpts listed on pages 22-23, 25-27 and 31 of the attachments to my prior declaration may be filed under seal.

5.      Attached hereto as Exhibit 3 are true and correct copies of excerpts from the deposition of Maxine Hopkinson, who testified on behalf of Plaintiff on September 15, 2022.

6.      Attached hereto as Exhibit 4 are true and correct copies of excerpts from the Rule 30(b)(6) deposition of Prime Communications with designee Amy Milberger who testified, on February 2 and 3, 2023.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067

1    7.    Attached hereto as <u>Exhibit 5</u> are true and correct copies of excerpts

2  from the AT&T Mobility Deposition (30(b)(6)) on select issues with Designee

3  Joseph Morella who testified on January 12, 2023. The Court has ruled that the

4  excerpts listed on pages 68-81 and 84-92 of the attachments to my prior declaration

5  may be filed under seal.

6    8.    Attached hereto as <u>Exhibit 6</u> are true and correct copies of excerpts

7  from the deposition of third party Ellis Pinsky, who testified on November 18,

8  2022.

9    9.    Attached hereto as <u>Exhibit 7</u> is a true and correct copy of Deposition

10  Exhibit ("Dep. Exh.") 25 ("What You Need to Know about SIM Swap Scans" by

11  Brian Rexroad, AT&T) for the AT&T Cyber Aware blog.

12    10.    Attached hereto as <u>Exhibit 8</u> is a true and correct copy of Dep. Exh. 26

13  (June 7, 2016 FTC blog posting, "Your mobile phone account could be hijacked by

14  an identity theft").

15    11.    Attached hereto as <u>Exhibit 9</u> is a true and correct copy of Dep. Exh. 27

16  (January 21, 2016 e-mail from Bob Diana to Peter Coulter *et al.*)  The Court has

17  ruled that this document may be filed under seal.

18    12.    Attached hereto as <u>Exhibit 10</u> is a true and correct copy of Dep. Exh.

19  28, which is a website posting from New York State Division of Consumer

20  Protection titled "AT&T SIM-card Switch Scam".

21    13.    Attached hereto as <u>Exhibit 11</u> is a true and correct copy of  Dep. Exh.

22  40 (N. Popper "Identity Thieves Hijack Cellphone Accounts to Go After Virtual

23  Currency", *New York Times*, August 21, 2017).

24    14.    Attached hereto as <u>Exhibit 12</u>  is a true and correct copy of Dep. Exh.

25  43, which is an article by L. Shin, *"Hackers Have Stolen Millions of Dollars in*

26  *Bitcoin—Using Only Phone Numbers",* Forbes, December 12, 2016.

27

28

15.     Attached hereto as <u>Exhibit 13</u> is a true and correct copy of Dep. Exh. 46 (December 13, 2017 e-mail from Peter Coulter to Cynthia Cama *et al.*)  The Court has ruled that this document may be filed under seal.

16.     [Exhibit 14 intentionally omitted.]

17.     Attached hereto as <u>Exhibit 15</u>  is a true and correct copy of Dep. Exh. 47 (authentication program starting point ideas v. 2).  The Court has ruled that this document may be filed under seal.

18.     Attached hereto as <u>Exhibit 16</u> is a true and correct copy of Dep. Exh. 63 (May 27, 2016 e-mail from Chris Bader to Peter Coulter). The Court has ruled that this document may be filed under seal.

19.     Attached hereto as <u>Exhibit 17</u> is a true and correct copy of Dep. Exh. 65 (July 26, 2017 e-mail from Bob Diana to Frederick J. Devereux *et al.*)  The Court has ruled that this document may be filed under seal.

20.     Attached hereto as <u>Exhibit 18</u> is a true and correct copy of Dep. Exh. 68, which is the AT&T Privacy Policy attached as Exhibit B to Plaintiff's Second Amended Complaint ("SAC") in this action.

21.     Attached hereto as <u>Exhibit 19</u> is a true and correct copy of Dep. Exh. Exh. 73 (April 2018 Fraud Prevention Executive Steering Committee).  The Court has ruled that this document may be filed under seal.

22.     Attached hereto as <u>Exhibit 20</u> is a true and correct copy of Dep. Exh. 86 (January 11, 2018 e-mail from Joan Masters to Alexander Berry *et al.* regarding "personal account fraud" referencing SIM swap that led to loss of access to an account).  The Court has ruled that this document may be filed under seal..

23.     Attached hereto as <u>Exhibit 21</u> is a true and correct copy of Dep. Exh 87 (AT&T Notes for Terpin account ("Account Notes")).  The Court has ruled that this document may be filed under seal.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067

1    24.    Attached hereto as <u>Exhibit 22</u> is a true and correct copy of portions of

2    Dep. Exh. 91 (call detail for Terpin account for January 7, 2018-January 8, 2018).

3    The Court has ruled that this document may be filed under seal.

4    25.    Attached hereto as <u>Exhibit 23</u> is a true and correct copy of Dep. Exh.

5    109 (showing transfers of certain Triggers stolen from Mr. Terpin).

6    26.    Attached hereto as <u>Exhibit 24</u> is a true and correct copy of Dep. Exh.

7    110 (password reset e-mail from Microsoft). The Court has ruled that this document

8    may be filed with certain redactions.

9    27.    Attached hereto as <u>Exhibit 25</u> is a true and correct copy of Dep. Exh.

10   111 (password reset email from Dropbox).  The Court has ruled that this document

11   may be filed with certain redactions.

12   28.    Attached hereto as <u>Exhibit 26</u> is a true and correct copy of Dep. Exh.

13   124 (March 27, 2017 e-mail from Tony Le to Peter Coulter re "SIM Swaps").  The

14   Court has ruled that this document may be filed under seal.

15   29.    Attached hereto as <u>Exhibit 27</u> is a true and correct copy of Dep. Exh.

16   125 (August 16, 2017 "MyCSP Article—Fraud and Social Engineering").

17   30.    Attached hereto as <u>Exhibit 28</u> is a true and correct copy of Dep. Exh.

18   128 (October 3, 2017 e-mail from Peer Coulter to Kent Mader).  The Court has

19   ruled that this document may be filed under seal.

20   31.    Attached hereto as <u>Exhibit 29</u> is a true and correct copy of Dep. Exh.

21   129 ("Fraud Mitigation Strategies").  The Court has ruled that this document may

22   be filed under seal.

23   32.    Attached hereto as <u>Exhibit 30</u> is a true and correct copy of Dep. Exh.

24   130) (July 2017 End-to End Monthly Fraud Review).  The Court has ruled that this

25   document may be filed under seal.

26   33.    Attached hereto as <u>Exhibit 31</u> is a true and correct copy of Dep. Exh.

27   145 which is an attachment to an interrogatory response by AT&T regarding SIM

28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

1  swaps performed by Jahmil Smith.  The Court has ruled that this document may be

2  filed under seal.

3       34.    Attached hereto as <u>Exhibit 32</u> is a true and correct copy of Dep. Exh.

4  146 (regarding select SIM swaps performed by Jahmil Smith).  The Court has ruled

5  that this document may be filed under seal.

6       35.    Attached hereto as <u>Exhibit 33</u> is a true and correct copy of Dep. Exh.

7  152 (spreadsheet regarding SIM changes).  The Court has ruled that this document

8  may be filed under seal.

9       36.    Attached hereto as <u>Exhibit 34</u> is a true and correct copy of Dep. Exh.

10  159 (May 4, 2017 e-mail from Joseph Morella to Ana M. Friedrichs re "Q

11  Message").  The Court has ruled that this document may be filed under seal.

12       37.    Attached as <u>Exhibit 35</u> is a true and correct copy of Dep. Exh, 160

13  (March 29, 2018 e-mail from Patrick McCreary to Buck Carter *et al.*, cc: Joseph

14  Morella, re SIM Swap Alert-My CSP).  The Court has ruled that this document may

15  be filed under seal.

16       38.    Attached as <u>Exhibit 36</u> is a true and correct copy of Dep. Exh. 161

17  (September 28, 2017 article "SIM Swap Scams Targeting Cryptocurrency

18  Investors").

19       39.    Attached as <u>Exhibit 37</u> is a true and correct copy of Dep. Exh. 167

20  (April 2018 email chain regarding hours worked at the Norwich store on January 7,

21  2018).

22       40.    Attached as <u>Exhibit 38</u> is a true and correct copy of Dep. Exh. 168 (an

23  invoice report showing certain activity at the Norwich store on January 7 & 8,

24  2018).

25       41.    Attached as <u>Exhibit 39</u> is a true and correct copy of Dep. Exh. 174

26  which is a report from the Norwich, Connecticut Police Department regarding an

27  incident on January 1, 2018.

28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

1    42.    Attached as <u>Exhibit 40</u> is a true and correct copy of Dep. Exh. 175

2  which is an April 2, 2018 letter from an assistant district attorney of the State of

3  Connecticut.

4    43.    Attached as <u>Exhibit 41</u> are the Supplemental Responses of Michael

5  Terpin to AT&T Interrogatories 1-3, 5, 10, 15, 16 and 18.

6    44.    Attached as <u>Exhibit 42</u> is a true and correct copy of AT&T's

7  Supplemental Response to Plaintiff's interrogatory no. 19.

8    45.    Attached as <u>Exhibit 43</u> is a true and correct copy of 30 FCC Rcd 2808

9  *In the Matter of AT&T Services Inc.* (attached as Exhibit A to the Plaintiff's Second

10  Amended Complaint).

11    46.    Attached as <u>Exhibit 44</u> is a true and correct copy of the AT&T Code of

12  Business Counsel attached as Exhibit C to Plaintiff's Second Amended Complaint.

13    47.    Attached as <u>Exhibit 45</u> is a true and correct copy of *In the Matter of*

14  *the Implementation of the Telecommunications Act of 1996: Telecommunications*

15  *Carriers' Use of Customer Proprietary Network Information and Other Customer*

16  *Information,* FCC 07-22, April 2, 2007, CC Docket No. 96-115.

17    48.    Attached as <u>Exhibit 46</u> is a true and correct copy of a portion of the

18  website of the Federal Communications Commission,

19  *https://www.fcc.gov/enforcement/areas/privacy.*

20    49.    Attached as <u>Exhibit 47</u> is a true and correct copy of *In the Matter of*

21  *Cox Communications, Inc.*, 30 FCC Rcd. 12302, 12307 (2015).

22    50.    Attached as <u>Exhibit 48</u> is a true and correct copy of the Federal

23  Communications Commission's Notice of Proposed Rulemaking, *In the Matter of*

24  *Protecting Consumers from SIM Swap and Port-Out Fraud*, WC Docket No. 21-

25  341 (September 30, 2021) *https://www.fcc.gov/document/fcc-proposes-rules-*

26  *prevent-sim-swapping-and-port-out-fraud.*

27

28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

1   51.   Attached as <u>Exhibit 49</u> is a true and correct copy of an article in The

2   Verge, https://www.theverge.com/2017/11/29/16711304/bitcoin-price-10000-

3   cryptocurrency-regulation-finance.

4   52.   Attached as <u>Exhibit 50</u> is a true and correct copy of an article in at

5   globaldata.com, https://www.globaldata.com/data-insights/financial-

6   services/bitcoins-market-capitalization-

7   history/#:~:text=It%20took%20bitcoin%20nearly%20nine,capitalization%20on%2

8   0October%2021%2C%202017.

9   I swear under penalty of perjury under the laws of the United States of

10   America that the foregoing is true and correct to the best of my knowledge.

11   Executed this Sixth Day of March 2023 in Los Angeles, California.

12

13   By: _____

14   TIMOTHY TOOHEY (SBN 140117)
     Attorneys for Plaintiff Michael Terpin

15

16

17

18

19

20

21

22

23

24

25

26

27

28