MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

ASHLEY E. JOHNSON, admitted *pro hac vice*
  ajohnson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue
Suite 2100
Dallas, TX 75201-2911
Telephone: 214.698.3100
Facsimile: 214.571.2900

*Attorneys for Defendant*
AT&T MOBILITY LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL TERPIN,<br><br>   Plaintiff,<br><br>   v.<br><br>AT&T MOBILITY LLC,<br><br>   Defendant. | CASE NO. 2:18-cv-6975-ODW-KS<br><br>**NOTICE OF LODGING OF [PROPOSED] JUDGMENT**<br><br>Judge:   Hon. Otis D. Wright II |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that pursuant to the Court's order, Dkt. 243, Defendant AT&T Mobility LLC, by and through its counsel of record, hereby lodges the attached [Proposed] Judgment against Plaintiff Michael Terpin.

Dated: March 29, 2023

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Jeremy S. Ochsenbein
  Marcellus McRae
  Ashley E. Johnson
  Jeremy S. Ochsenbein

*Attorneys for Defendant*
*AT&T MOBILITY LLC*