JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TERPIN, | Case No. 2:18-cv-06975-ODW-KS |
| Plaintiff, | **JUDGMENT**<br>[F.R.C.P. 58(a)] |
| v. | |
| AT&T MOBILITY LLC; and DOES 1-25, | Judge: Hon. Otis D. Wright II |
| Defendants. | |

# JUDGMENT

On March 28, 2023, the Court entered an Order granting the Motion for Summary Judgment filed by Defendant AT&T Mobility LLC ("AT&T") against Plaintiff Michael Terpin (Dkt. 243).

Accordingly, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. Judgment is in favor of AT&T on all of Plaintiff's claims;
2. Plaintiff is not entitled to recover any damages from AT&T in this action; and
3. All dates and deadlines are **VACATED**. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

Dated: March 30, 2023

_____
Honorable Otis D. Wright II
United States District Judge