UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL TERPIN,<br><br>            Plaintiff,<br>    v.<br>AT&T MOBILITY LLC; and DOES 1-25,<br><br>            Defendants. | CASE NO. 2:18-CV-06975-ODW-KS<br><br>**ORDER GRANTING DEFENDANT AT&T MOBILITY LLC'S UNOPPOSED MOTION TO UNSEAL THE COURT'S SUMMARY JUDGMENT ORDER [DKT. 243]** |

1

[PROPOSED] ORDER GRANTING DEFENDANT AT&T MOBILITY LLC'S UNOPPOSED MOTION TO UNSEAL THE COURT'S SUMMARY JUDGMENT ORDER [DKT. 243]
CASE NO. 2:18-CV-06975-ODW-KS

1  Having considered Defendant AT&T Mobility LLC's Unopposed Motion to
2  Unseal the Court's Summary Judgment Order [Dkt. 243] and for good cause appearing,
3  the Court GRANTS the Motion. The Clerk of the Court shall unseal Dkt. 243 and make
4  it publicly available.

**IT IS SO ORDERED.**

DATED: April 6, 2023

_____
The Honorable Otis D. Wright II
UNITED STATES DISTRICT JUDGE